IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HANCOCK,<br><br>       Plaintiff(s),<br><br>v.<br><br>WARDEN AYERS, et al.,<br><br>       Defendant(s). | No. C 04-3251 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Doc # 17) |

       Per order filed on January 18, 2005, the court found that plaintiff's pro se civil rights complaint under 42 U.S.C. § 1983 stated a cognizable claim for deliberate indifference to his safety needs, when liberally construed, and ordered the United States Marshal to serve five named defendants at Pelican Bay State Prison. A copy of the order was mailed to plaintiff at his last address of record: Sai Hotel, Room 9, 964 Howard Street, San Francisco, CA 94103.

       On January 24, 2005, the post office returned the court's mail to plaintiff as undeliverable, with an annotation to the effect that plaintiff had moved and left no forwarding address. (Defendants have informed the court that their mail to plaintiff has also been returned as undeliverable.) Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

1	The clerk shall close the file and terminate all pending motions (see, e.g.,
2	doc # 17) and hearing dates as moot.
3	SO ORDERED.
4	DATED: Nov. 30, 2005

CHARLES R. BREYER
United States District Judge